UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
Thomas G Hasek § Case No. 12-27539
Shirley Wodzin-Hasek §
 §
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter      of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Joji Takada, Chapter 7 Trustee_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-27539 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Thomas G Hasek | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | Shirley Wodzin-Hasek | | | | 341(a) Meeting Date: | 08/02/2012 |
| For Period Ending: | 05/22/2014 | | | | Claims Bar Date: | 03/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 158,000.00 | 0.00 | | 0.00 | FA |
| 2. Plot of Land | 6,500.00 | 7,000.00 | | 7,000.00 | FA |
| 3. Checking Account | 250.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Books Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 75.00 | 0.00 | | 0.00 | FA |
| 8. Furs Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9. Vehicle | 3,524.00 | 3,524.00 | | 0.00 | FA |
| 10. Vehicle | 11,125.00 | 11,125.00 | | 0.00 | FA |
| 11. Vehicle | 14,000.00 | 14,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $195,324.00       $35,649.00       $7,000.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromised with Debtor for payment in exchange for interest in unaddressed lot on Berch Lane, Radisson, WI with mobile home, 3576 Birch Lane, Radisson WI; Debtor made all payments; Preparing final report.

Telephone conference with accountant R. Matsui; No tax return necessary for this case

| RE PROP # | 1 | -- | 6501 Walter Adamic Ln Plainfield, IL 60586 - (Debtors primary residence |
| --- | --- | --- | --- |
| RE PROP # | 2 | -- | Unaddressed lot on Berch Lane, Radisson, WI with mobile home, 3576 Birch Lane, Radisson WI. |
| RE PROP # | 3 | -- | Checking account with Bank Financial |
| RE PROP # | 4 | -- | savings account with - bank financial |
| RE PROP # | 5 | -- | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans |
| RE PROP # | 6 | -- | Books, Compact Discs, Tapes/Records, Family Pictures |
| RE PROP # | 7 | -- | Necessary wearing apparel. |
| RE PROP # | 8 | -- | Wedding rings, earrings, watch, costume jewelry |
| RE PROP # | 9 | -- | FORD CRED - 2002 Ford Explorer with 35k miles Inconsequential value/benefit to estate |
| RE PROP # | 10 | -- | FORD CRED - 2007 Ford Edge with 85k miles |
| RE PROP # | 11 | -- | FORD CRED - 2007 Ford Freestyle; not runnining with 99k miles |

Initial Projected Date of Final Report (TFR): 07/11/2014       Current Projected Date of Final Report (TFR): 07/11/2014

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-27539 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Thomas G Hasek | Bank Name: | Congressional Bank |
| | Shirley Wodzin-Hasek | Account Number/CD#: | XXXXXX9637 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX9648 | Blanket Bond (per case limit): | |
| For Period Ending: | 05/22/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/13 | 2 | Shirley Wodzin-Hasek | Proceeds from sale Initial installment payment re: Radisson WI property | 1110-000 | $1,000.00 | | $1,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8953 | Transfer of Funds | 9999-000 | | $1,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $1,000.00 | $1,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $1,000.00 |
| | Subtotal | $1,000.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $1,000.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals: $1,000.00 $1,000.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 12-27539 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas G Hasek | Bank Name: | The Bank of New York Mellon |
| Shirley Wodzin-Hasek | Account Number/CD#: | XXXXXX8953 |
| | | Checking |
| Taxpayer ID No: XX-XXX9648 | Blanket Bond (per case limit): | |
| For Period Ending: 05/22/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9637 | Transfer of Funds | 9999-000 | $1,000.00 | | $1,000.00 |
| 02/21/13 | 2 | Shirley Wodzin Hasek | Settlement payment Installment payment regarding buy back of interest in Radisson, WI real estate | 1110-000 | $500.00 | | $1,500.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.91 | $1,499.09 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $9.09 | $1,490.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,480.00 |
| 04/19/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $1,980.00 |
| 04/19/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $2,480.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,470.00 |
| 05/17/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $2,970.00 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 06/18/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $3,460.00 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,450.00 |
| 08/02/13 | 2 | Shirley Wdozin Hasek | Settlement payment Installment payment re: Wisconsin property | 1110-000 | $500.00 | | $3,950.00 |
| 08/02/13 | 2 | Shirley Wodzin Hasek | Settlement payment Installment payment re: Wisconsin property | 1110-000 | $500.00 | | $4,450.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,440.00 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,430.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| | | |
|---|---|---|
| Page Subtotals: | $4,500.00 | $70.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-27539 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas G Hasek | Bank Name: The Bank of New York Mellon |
| Shirley Wodzin-Hasek | Account Number/CD#: XXXXXX8953 |
| | Checking |
| Taxpayer ID No: XX-XXX9648 | Blanket Bond (per case limit): |
| For Period Ending: 05/22/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,420.00 |
| 10/10/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $4,920.00 |
| 10/10/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $5,420.00 |
| 11/06/13 | 2 | Shirley Wodzin Hasek | Settlement payment | 1110-000 | $500.00 | | $5,920.00 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,910.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,900.00 |
| 12/16/13 | 2 | Shirley Wodzin-Hasek | Accounts Receivable | 1110-000 | $500.00 | | $6,400.00 |
| 01/06/14 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $6,900.00 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,890.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,000.00 | $110.00 |
| Less: Bank Transfers/CD's | $1,000.00 | $0.00 |
| Subtotal | $6,000.00 | $110.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $110.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

| | | |
|---|---:|---:|
| Page Subtotals: | $2,500.00 | $40.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8953 - Checking | $6,000.00 | $110.00 | $6,890.00 |
| XXXXXX9637 - Checking Account | $1,000.00 | $0.00 | $0.00 |
|  | $7,000.00 | $110.00 | $6,890.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $7,000.00 |
| Total Gross Receipts: | $7,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-27539  
Debtor Name: Thomas G Hasek  
Claims Bar Date: 3/12/2013  

Date: May 22, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,450.00 | $1,450.00 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $11.76 | $11.76 |
| 1 300 7100 | Atlas Acquisitions Llc (Citibank - Sears)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $6,162.00 | $6,653.83 | $6,653.83 |
| 2 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $518.00 | $518.11 | $518.11 |
| 3 300 7100 | Ltd Haveric Medical<br>Haveric Medical, Ltd<br>Attn: Hilary<br>Po Box 621<br>Hinsdale, Il 60522 | Unsecured | | $225.00 | $225.00 | $225.00 |
| 4 300 7100 | S. C. Oakbrook Allergists<br>Oakbrook Allergists, S.C.<br>120 Oakbrook Center Mall, Suite 424<br>Oak Brook, Il 60523 | Unsecured | | $60.00 | $57.50 | $57.50 |
| 5 300 7100 | Creditors Discount & Audit Co.<br>415 E. Main St.<br>Po Box 213<br>Streator, Il 61364-0213 | Unsecured | | $65.00 | $62.55 | $62.55 |
| 7 300 7100 | Merchant"s Credit Guide Co.<br>223 W. Jackson Blvd., #400<br>Chicago, Il 60606 | Unsecured | | $820.00 | $819.95 | $819.95 |
| 8 300 7100 | Miramed Revenue Group<br>991 Oak Creek Drive<br>Lombard, Il 60148 | Unsecured | | $1,485.00 | $1,484.99 | $1,484.99 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-27539  
Debtor Name: Thomas G Hasek  
Claims Bar Date: 3/12/2013

Date: May 22, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 9 300 7100 | Healthcare Revenue Recovery Group, Llc<br>Po Box 189053<br>Plantation, Fl 33318-9053 | Unsecured | | $22.00 | $22.80 | $22.80 |
| 10 300 7100 | Frost-Arnett Company<br>480 James Robertson Parkway<br>Nashville, Tn 37219 | Unsecured | | $200.00 | $198.36 | $198.36 |
| 11 300 7100 | Lvnv Funding<br>C/O Blatt Hasenmiller Leibsker & Moore,<br>125 South Wacker Dr., Suite 400<br>Chicago, Il 60606 | Unsecured | | $6,162.00 | $6,162.59 | $6,162.59 |
| 12 300 7100 | Medtronic<br>13019 Collection Center Drive<br>Chicago, Il 60693 | Unsecured | | $60.00 | $60.00 | $60.00 |
| 13 300 7100 | Recovery Partners, Llc<br>4151 Marshall Way, Suite 12<br>Scottsdale, Az 85251 | Unsecured | | $47.00 | $46.67 | $46.67 |
| 14 300 7100 | Nationwide Credit And Collection, Inc.<br>Po Box 3159<br>Oak Brook, Il 60522-3159 | Unsecured | | $27.00 | $26.20 | $26.20 |
| 15 300 7100 | Northeastern Asset Recovery, Inc.<br>Po Box 209<br>Thornwood, Ny 10594-0209 | Unsecured | | $41.00 | $40.80 | $40.80 |
| 16 300 7100 | Ltd Associate Pathologists Of Joliet<br>Associate Pathologists Of Joliet, Ltd<br>Po Box 1509<br>Elgin, Il 60121-1509 | Unsecured | | $23.00 | $22.80 | $22.80 |
| 17 300 7100 | Illinois Collection Service, Inc.<br>Po Box 1010<br>Tinley Park, Il 60477-9910 | Unsecured | | $45.00 | $44.30 | $44.30 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-27539  
Debtor Name: Thomas G Hasek  
Claims Bar Date: 3/12/2013  

Date: May 22, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 300 7100 | Illinois Collection Service, Inc. Po Box 1010 Tinley Park, Il 60477-9910 | Unsecured | | $26.00 | $25.70 | $25.70 |
| 19 300 7100 | Creditors Collection Bureau Po Box 1022 Wixom, Mi 48393-1022 | Unsecured | | $25.00 | $25.20 | $25.20 |
| 20 300 7100 | Corwin Medical Care Po Box 7001 Bolingbrook, Il 60440-7001 | Unsecured | | $21.00 | $21.00 | $21.00 |
| 21 300 7100 | University Of Illinois At Chicago Physicians Group 3293 Paysphere Circle Chicago, Il 60674 | Unsecured | | $6.00 | $6.10 | $6.10 |
| 22 300 7100 | Heartland Cardiovascular Center, Llc 1300 Copperfield Road, Suite 3030 Joliet, Il 60432 | Unsecured | | $3.00 | $3.20 | $3.20 |
| 23 300 7100 | Midwest General Surgeons Po Box 7001 Bolingbrook, Il 60440-7001 | Unsecured | | $460.00 | $457.55 | $457.55 |
| 24 300 7100 | Quest Diagnostics Po Box 809403 Chicago, Il 60680 | Unsecured | | $10.00 | $9.34 | $9.34 |
| | Case Totals | | | $16,513.00 | $18,456.30 | $18,456.30 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-27539
Case Name: Thomas G Hasek
          Shirley Wodzin-Hasek
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Citibank - Sears) | $ | $ | $ |
| 2 | N. A. Capital One | $ | $ | $ |
| 3 | Ltd Haveric Medical | $ | $ | $ |
| 4 | S. C. Oakbrook Allergists | $ | $ | $ |
| 5 | Creditors Discount & Audit Co. | $ | $ | $ |
| 7 | Merchant"s Credit Guide Co. | $ | $ | $ |
| 8 | Miramed Revenue Group | $ | $ | $ |
| 9 | Healthcare Revenue Recovery Group, Llc | $ | $ | $ |
| 10 | Frost-Arnett Company | $ | $ | $ |
| 11 | Lvnv Funding | $ | $ | $ |
| 12 | Medtronic | $ | $ | $ |
| 13 | Recovery Partners, Llc | $ | $ | $ |
| 14 | Nationwide Credit And Collection, Inc. | $ | $ | $ |
| 15 | Northeastern Asset Recovery, Inc. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Ltd Associate Pathologists Of Joliet | $ | $ | $ |
| 17 | Illinois Collection Service, Inc. | $ | $ | $ |
| 18 | Illinois Collection Service, Inc. | $ | $ | $ |
| 19 | Creditors Collection Bureau | $ | $ | $ |
| 20 | Corwin Medical Care | $ | $ | $ |
| 21 | University Of Illinois At Chicago Physicians Group | $ | $ | $ |
| 22 | Heartland Cardiovascular Center, Llc | $ | $ | $ |
| 23 | Midwest General Surgeons | $ | $ | $ |
| 24 | Quest Diagnostics | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE