**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-27539 |
| Thomas G Hasek | § | Chapter 7 |
| Shirley Wodzin-Hasek | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:
Date: 9/5/14
Time: 9:00 a.m.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 7/31/14          By: /s/ Joji Takada
                                        Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Thomas G Hasek § Case No. 12-27539
Shirley Wodzin-Hasek §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,000.00 |
| and approved disbursements of | $ | 110.00 |
| leaving a balance on hand of[1] | $ | 6,890.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee Expenses: Joji Takada | $ 11.76 | $ 0.00 | $ 11.76 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,461.76 |
| Remaining Balance | | $ | 5,428.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,994.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 31.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Citibank - Sears) | $ 6,653.83 | $ 0.00 | $ 2,125.31 |
| 2 | N. A. Capital One | $ 518.11 | $ 0.00 | $ 165.49 |
| 3 | Ltd Haveric Medical | $ 225.00 | $ 0.00 | $ 71.87 |
| 4 | S. C. Oakbrook Allergists | $ 57.50 | $ 0.00 | $ 18.37 |
| 5 | Creditors Discount & Audit Co. | $ 62.55 | $ 0.00 | $ 19.98 |
| 7 | Merchant"s Credit Guide Co. | $ 819.95 | $ 0.00 | $ 261.90 |
| 8 | Miramed Revenue Group | $ 1,484.99 | $ 0.00 | $ 474.32 |
| 9 | Healthcare Revenue Recovery Group, Llc | $ 22.80 | $ 0.00 | $ 7.28 |
| 10 | Frost-Arnett Company | $ 198.36 | $ 0.00 | $ 63.36 |
| 11 | Lvnv Funding | $ 6,162.59 | $ 0.00 | $ 1,968.40 |
| 12 | Medtronic | $ 60.00 | $ 0.00 | $ 19.16 |
| 13 | Recovery Partners, Llc | $ 46.67 | $ 0.00 | $ 14.91 |
| 14 | Nationwide Credit And Collection, Inc. | $ 26.20 | $ 0.00 | $ 8.37 |
| 15 | Northeastern Asset Recovery, Inc. | $ 40.80 | $ 0.00 | $ 13.03 |

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Ltd Associate Pathologists Of Joliet | $ 22.80 | $ 0.00 | $ 7.28 |
| 17 | Illinois Collection Service, Inc. | $ 44.30 | $ 0.00 | $ 14.15 |
| 18 | Illinois Collection Service, Inc. | $ 25.70 | $ 0.00 | $ 8.21 |
| 19 | Creditors Collection Bureau | $ 25.20 | $ 0.00 | $ 8.05 |
| 20 | Corwin Medical Care | $ 21.00 | $ 0.00 | $ 6.71 |
| 21 | University Of Illinois At Chicago Physicians Group | $ 6.10 | $ 0.00 | $ 1.95 |
| 22 | Heartland Cardiovascular Center, Llc | $ 3.20 | $ 0.00 | $ 1.02 |
| 23 | Midwest General Surgeons | $ 457.55 | $ 0.00 | $ 146.15 |
| 24 | Quest Diagnostics | $ 9.34 | $ 0.00 | $ 2.97 |

Total to be paid to timely general unsecured creditors   $   5,428.24

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada

Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-27539-BWB
Thomas G Hasek                                                            Chapter 7
Shirley Wodzin-Hasek
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: pseamann              Page 1 of 2              Date Rcvd: Jul 31, 2014
                             Form ID: pdf006             Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2014.
```
db/jdb       +Thomas G Hasek,    Shirley Wodzin-Hasek,    6501 Walter Adamic Ln,    Plainfield, IL 60586-7219
21558220     +Adventist Bolingbrook Hospital,    Bankruptcy Dept,    75 Remittance Dr., #6097,
               Chicago IL 60675-6097
21558223     +Assoc Anes of Joliet,    Bankruptcy Dept,    333 N Madison St,    Joliet IL 60435-8200
21558224     +Assoc Anes of Joliet,    c/ Near,   Pob 209,    Thornwood NY 10594-0209
19852246     +Atlas Acquisitions LLC (Citibank - Sears),    294 Union St.,    Hackensack, NJ 07601-4303
19137913     +Bankfinancial, FSB,    Attn: Bankruptcy Dept.,    48 Orland Square Dr,    Orland Park, IL 60462-6539
19137919     +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
19137930     +Blatt, Hasenmiller, Leibsker,    2010 AR 002702,    125 S. Wacker Dr. Suite 400,
               Chicago, IL 60606-4440
19137921     +Blitt and Gaines, PC,    2010 SC 12954,    661 Glenn Ave.,    Wheeling, IL 60090-6017
19288322     +Bonded Coll of Rice Lake,    Attn: Bankruptcy Dept,    P O Box 152,    Rice Lake, WI 54868-0152
21519944     +CBCS,   PO Box 69,    Columbus, OH 43216-0069
19949663      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21558225     +Citibank,    701 E 60th St., North,    Sioux Falls SD 57104-0493
21520730      Corwin Medical Care,    PO Box 7001,    Bolingbrook, IL 60440-7001
21520697      Creditors Collection Bureau,    PO Box 1022,    Wixom, MI 48393-1022
21519920      Creditors Discount & Audit Co.,    415 E. Main St.,    PO Box 213,    Streator, IL 61364-0213
19288323     +EOS CCA,    Bankruptcy Department,    PO  Box 196,    Norwell, MA 02061-0196
19137923     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
19137924     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
19137911     +FORD CRED,    Attn: Bankruptcy Dept.,    Po Box Box 542000,    Omaha, NE 68154-8000
21520005     +Frost-Arnett Company,    480 James Robertson Parkway,    Nashville, TN 37219-1212
21519897     +Haveric Medical, LTD,    Attn: Hilary,    PO Box 621,    Hinsdale, IL 60522-0621
21520003      Healthcare Revenue Recovery Group, LLC,    PO Box 189053,    Plantation, FL 33318-9053
21558226     +Hear Care Center of IL SC,    c/o ICS,    Pob 1010,    Tinley Park IL 60477-9110
21520694     +Illinois Collection Service, Inc.,    PO Box 1010,    Tinley Park, IL 60477-9110
21558227     +Indianhead Telephone,    c/o Bonded Collections of Rice Lake,    Pob 152,    Rice Lake WI 54868-0152
21558229     +Joliet Radiological Service,    c/o ICS,    Pob 1010,    Tinley Park IL 60477-9110
21558230     +Kohls Department Store,    c/o CBCS,    Pob 69,    Columbus OH 43216-0069
21520023     +LVNV Funding,    c/o Blatt Hasenmiller Leibsker & Moore,,    125 South Wacker Dr., Suite 400,
               Chicago, IL 60606-4440
19288325     +Mark A. Kijek,    Attn: Bankruptcy Dept.,    1802 N.m Division St.,    Morris, IL 60450-1184
21520027     +Medtronic,    13019 Collection Center Drive,    Chicago, IL 60693-0130
21519949     +Merchant's Credit Guide Co.,    223 W. Jackson Blvd., #400,    Chicago, IL 60606-6974
21520783      Midwest General Surgeons,    PO Box 7001,    Bolingbrook, IL 60440-7001
21558231     +Naperville Imaging Center,    c/o Recovery Partners LLC,    4151 N Marshall Way,
               Scottsdale AZ 85251-3839
21520682      Nationwide Credit and Collection, Inc.,    PO Box 3159,    Oak Brook, IL 60522-3159
21520688      Northeastern Asset Recovery, Inc.,    PO Box 209,    Thornwood, NY 10594-0209
21519901     +Oakbrook Allergists, S.C.,    120 Oakbrook Center Mall, Suite 424,    Oak Brook, IL 60523-1992
21558233     +Prairie Emergency Service,    c/o HRRG,    Pob 189053,    Ft Lauderdale FL 33318-9053
21558234     +Premier Dermatology,    c/o Creditor's Discount & Audit,    415 E Main St,    Streator IL 61364-2927
21558235     +Provena Saint Joseph Med Ctr,    Pob 88097,    Chicago IL 60680-1097
21520823     +Quest Diagnostics,    PO Box 809403,    Chicago, IL 60680-9403
21520029     +Recovery Partners, LLC,    4151 Marshall Way, Suite 12,    Scottsdale, AZ 85251-3839
19137918     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
21558236     +Sirius Satellite Radio,    c/o EOS CCA,    700 Longwater Drive,    Norwell MA 02061-1624
21558238     +Sub Pulmonary & Sleep Assoc,    c/o Nationwide Credit & Collection,    815 Commerce Dr., Ste 100,
               Oak Brook IL 60523-8839
21558237      Sub Pulmonary & Sleep Assoc,    700 E Ogden Ave #202,    Westmont IL 60559-1398
21558239     +Surgery Center of Joliet,    c/o Frost-Arnett Co,    Pob 198988,    Nashville TN 37219-8988
19137926     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
19137916     +Target NB,    Attn: Bankruptcy Dept.,    Po Box 673,    Minneapolis, MN 55440-0673
19137925     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
21558240     +University of Chicago Phys Grp,    745 Remittance Dr., Ste 1385,    Chicago IL 60675-0001
21520739      University of Illinois at Chicago Physicians Group,    3293 Paysphere Circle,
               Chicago, IL 60674-0032
19137927     +Wfnnb/Valucityroomstod,    Attn: Bankruptcy Dept.,    Po Box 182303,    Columbus, OH 43218-2303
19137929     +Will County Circuit Court,    Doc #2010 AR 002702,    14 W. Jefferson St,    Joliet, IL 60432-4300
19137920     +Will County Circuit Court,    Doc #2010 SC 12954,    14 W. Jefferson St,    Joliet, IL 60432-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21558221     +E-mail/Text: clerical.department@yahoo.com Aug 01 2014 01:25:31      Adventist Health Partners,
               c/o creditors Collection Bureau,    Pob 63,    Kankakee IL 60901-0063
21558222     +E-mail/Text: catharine.nichols@horizonasp.net Aug 01 2014 01:25:52
               Assoc Pathologists of Joliet,    Pob 1509,    Elgin IL 60121-1509
21520692      E-mail/Text: catharine.nichols@horizonasp.net Aug 01 2014 01:25:52
               Associate Pathologists of Joliet, LTD,    PO Box 1509,    Elgin, IL 60121-1509
19361678     +E-mail/Text: bnc@atlasacq.com Aug 01 2014 01:25:41      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
19137917     +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2014 01:37:10      GEMB/SAMS CLUB,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
```

```
District/off: 0752-1          User: pseamann            Page 2 of 2              Date Rcvd: Jul 31, 2014
                              Form ID: pdf006           Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19137922      +E-mail/PDF: gecsedi@recoverycorp.com Aug 01 2014 01:37:08      GEMB/SAMS CLUB DC,
               Attn: Bankruptcy Dept.,    Po Box 981400,    El Paso, TX 79998-1400
19137915      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 01 2014 01:25:51      Kohls/Chase,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19137928      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 01 2014 01:26:59      Midland Funding, LLC,
               Attn: Bankruptcy Dept.,    8875 Aero Drive, # 200,    San Diego, CA 92123-2255
21519984      +E-mail/Text: mmrgbk@miramedrg.com Aug 01 2014 01:27:11      MiraMed Revenue Group,
               991 Oak Creek Drive,    Lombard, IL 60148-6408
21558232      +E-mail/Text: cgreene@3timaging.com Aug 01 2014 01:26:28      Naperville Medical Imaging,
               8930 Waukegan Rd,    Morton Grove IL 60053-2126
19288326      +E-mail/Text: jyoti1015@gmail.com Aug 01 2014 01:28:15      Pain & Spine Institute,
               Attn: Bankruptcy Dept.,    2400 Glenwood Ave,    Joliet, IL 60435-5498
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19137914*     +Bankfinancial, FSB,    Attn: Bankruptcy Dept.,    48 Orland Square Dr,    Orland Park, IL 60462-6539
19137912*     +FORD CRED,    Attn: Bankruptcy Dept.,    Po Box Box 542000,    Omaha, NE 68154-8000
21520741     ##+Heartland Cardiovascular Center, LLC,    1300 Copperfield Road, Suite 3030,
               Joliet, IL 60432-2065
19288324     ##+Integrated Homecare Services,     Attn: Bankruptcy Dept,    5411 E. State St.,
               Rockford, IL 61108-2376
21558228     ##+Integrated Respiratory Solutions,    2225 W Jefferson Ste C,    Joliet IL 60435-6547
                                                                                     TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
```
              Briana   Czajka    on behalf of Joint Debtor Shirley  Wodzin-Hasek ndil@geracilaw.com
              Briana   Czajka    on behalf of Debtor Thomas G Hasek ndil@geracilaw.com
              David M Lulkin    on behalf of Debtor Thomas G Hasek ndil@geracilaw.com
              David M Lulkin    on behalf of Joint Debtor Shirley  Wodzin-Hasek ndil@geracilaw.com
              Joji   Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Jonathan D Parker    on behalf of Joint Debtor Shirley  Wodzin-Hasek ndil@geracilaw.com
              Jonathan D Parker    on behalf of Debtor Thomas G Hasek ndil@geracilaw.com
              Kristin T Schindler    on behalf of Joint Debtor Shirley  Wodzin-Hasek ndil@geracilaw.com
              Kristin T Schindler    on behalf of Debtor Thomas G Hasek ndil@geracilaw.com
              Michael L Sherman    on behalf of Creditor    FORD MOTOR CREDIT COMPANY LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor    Bank Financial ND-Two@il.cslegal.com
              Rachael A Stokas    on behalf of Creditor    BANK FINANCIAL, F.S.B. ND-Two@il.cslegal.com
                                                                                              TOTAL: 13
```