UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
Thomas G Hasek                        §   Case No. 12-27539
Shirley Wodzin-Hasek                  §
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Citibank - Sears) | | | | | |
| 6 | Cbcs | | | | | |
| 20 | Corwin Medical Care | | | | | |
| 19 | Creditors Collection Bureau | | | | | |
| 5 | Creditors Discount & Audit Co. | | | | | |
| 10 | Frost-Arnett Company | | | | | |
| 9 | Healthcare Revenue Recovery Group, Llc | | | | | |
| 17 | Illinois Collection Service, Inc. | | | | | |
| 18 | Illinois Collection Service, Inc. | | | | | |
| 16 | Ltd Associate Pathologists Of Joliet | | | | | |
| 3 | Ltd Haveric Medical | | | | | |
| 11 | Lvnv Funding | | | | | |
| 12 | Medtronic | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Merchant"s Credit Guide Co. | | | | | |
| 23 | Midwest General Surgeons | | | | | |
| 8 | Miramed Revenue Group | | | | | |
| 2 | N. A. Capital One | | | | | |
| 14 | Nationwide Credit And Collection, Inc. | | | | | |
| 15 | Northeastern Asset Recovery, Inc. | | | | | |
| 13 | Recovery Partners, Llc | | | | | |
| 4 | S. C. Oakbrook Allergists | | | | | |
| 22 | Heartland Cardiovascular Center, Llc | | | | | |
| 24 | Quest Diagnostics | | | | | |
| 21 | University Of Illinois At Chicago Physicians Group | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-27539 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Thomas G Hasek | | | | Date Filed (f) or Converted (c): | 07/11/2012 (f) |
| | Shirley Wodzin-Hasek | | | | 341(a) Meeting Date: | 08/02/2012 |
| For Period Ending: | 04/14/2015 | | | | Claims Bar Date: | 03/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 158,000.00 | 0.00 | | 0.00 | FA |
| 2. Plot of Land | 6,500.00 | 7,000.00 | | 7,000.00 | FA |
| 3. Checking Account | 250.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account | 0.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Books Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 75.00 | 0.00 | | 0.00 | FA |
| 8. Furs Jewelry | 250.00 | 0.00 | | 0.00 | FA |
| 9. Vehicle | 3,524.00 | 3,524.00 | | 0.00 | FA |
| 10. Vehicle | 11,125.00 | 11,125.00 | | 0.00 | FA |
| 11. Vehicle | 14,000.00 | 14,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $195,324.00 | $35,649.00 | | $7,000.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Compromised with Debtor for payment in exchange for interest in unaddressed lot on Berch Lane, Radisson, WI with mobile home, 3576 Birch Lane, Radisson WI; Debtor made all payments; Preparing final report.

Telephone conference with accountant R. Matsui; No tax return necessary for this case  - Joji Takada 5/22/2014

TFR prepared/filed.  - Joji Takada 7/30/2014

TDR to be prepared/filed.  - Joji Takada 12/30/2014

Attempt to reach creditors re unclaimed funds; No response back; Trustee to send correspondence to creditor indicating funds held by Clerk of Bankruptcy Court. - Joji Takada 2/6/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 6501 Walter Adamic Ln Plainfield, IL 60586<br>- (Debtors primary residence |
| RE PROP # | 2 | -- | Unaddressed lot on Berch Lane, Radisson, WI with mobile home, 3576 Birch Lane, Radisson WI. |
| RE PROP # | 3 | -- | Checking account with Bank Financial |
| RE PROP # | 4 | -- | savings account with - bank financial |
| RE PROP # | 5 | -- | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans |
| RE PROP # | 6 | -- | Books, Compact Discs, Tapes/Records, Family Pictures |
| RE PROP # | 7 | -- | Necessary wearing apparel. |
| RE PROP # | 8 | -- | Wedding rings, earrings, watch, costume jewelry |
| RE PROP # | 9 | -- | FORD CRED - 2002 Ford Explorer with 35k miles<br>Inconsequential value/benefit to estate |
| RE PROP # | 10 | -- | FORD CRED - 2007 Ford Edge with 85k miles |
| RE PROP # | 11 | -- | FORD CRED - 2007 Ford Freestyle; not runninning with 99k miles |

Initial Projected Date of Final Report (TFR): 07/11/2014    Current Projected Date of Final Report (TFR): 07/11/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-27539 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Thomas G Hasek | Bank Name: Congressional Bank | |
| Shirley Wodzin-Hasek | Account Number/CD#: XXXXXX9637 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX9648 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/13 | 2 | Shirley Wodzin-Hasek | Proceeds from sale Initial installment payment re: Radisson WI property | 1110-000 | $1,000.00 | | $1,000.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8953 | Transfer of Funds | 9999-000 | | $1,000.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $1,000.00 | $1,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $1,000.00 |
| Subtotal | $1,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*    Page Subtotals:    $1,000.00    $1,000.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-27539 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Thomas G Hasek | | Bank Name: | The Bank of New York Mellon |
| | Shirley Wodzin-Hasek | | Account Number/CD#: | XXXXXX8953 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9648 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/14/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | | 5 | 6 | 7 |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9637 | Transfer of Funds | 9999-000 | $1,000.00 | | $1,000.00 |
| 02/21/13 | 2 | Shirley Wodzin Hasek | Settlement payment Installment payment regarding buy back of interest in Radisson, WI real estate | 1110-000 | $500.00 | | $1,500.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $0.91 | $1,499.09 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $9.09 | $1,490.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,480.00 |
| 04/19/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $1,980.00 |
| 04/19/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $2,480.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,470.00 |
| 05/17/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $2,970.00 |
| 06/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,960.00 |
| 06/18/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $3,460.00 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,450.00 |
| 08/02/13 | 2 | Shirley Wdozin Hasek | Settlement payment Installment payment re: Wisconsin property | 1110-000 | $500.00 | | $3,950.00 |

Page Subtotals: $4,000.00   $50.00

UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-27539 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Thomas G Hasek | Bank Name: | The Bank of New York Mellon |
| | Shirley Wodzin-Hasek | Account Number/CD#: | XXXXXX8953 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9648 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/02/13 | 2 | Shirley Wodzin Hasek | Settlement payment Installment payment re: Wisconsin property | 1110-000 | $500.00 | | $4,450.00 |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,440.00 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,430.00 |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,420.00 |
| 10/10/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $4,920.00 |
| 10/10/13 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $5,420.00 |
| 11/06/13 | 2 | Shirley Wodzin Hasek | Settlement payment | 1110-000 | $500.00 | | $5,920.00 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,910.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,900.00 |
| 12/16/13 | 2 | Shirley Wodzin-Hasek | Accounts Receivable | 1110-000 | $500.00 | | $6,400.00 |
| 01/06/14 | 2 | Shirley Wodzin-Hasek | Settlement payment | 1110-000 | $500.00 | | $6,900.00 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,890.00 |
| 09/09/14 | 100001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,450.00 | $5,440.00 |
| 09/09/14 | 100002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $11.76 | $5,428.24 |

Page Subtotals: $3,000.00   $1,521.76

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-27539 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas G Hasek | Bank Name: The Bank of New York Mellon |
| Shirley Wodzin-Hasek | Account Number/CD#: XXXXXX8953 |
| | Checking |
| Taxpayer ID No: XX-XXX9648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 100003 | Atlas Acquisitions Llc (Citibank - Sears)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution per court order. | 7100-000 | | $2,125.31 | $3,302.93 |
| 09/09/14 | 100004 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $165.49 | $3,137.44 |
| 09/09/14 | 100005 | Ltd Haveric Medical<br>Haveric Medical, Ltd<br>Attn: Hilary<br>Po Box 621<br>Hinsdale, Il 60522 | Final distribution per court order. | 7100-000 | | $71.87 | $3,065.57 |
| 09/09/14 | 100006 | S. C. Oakbrook Allergists<br>Oakbrook Allergists, S.C.<br>120 Oakbrook Center Mall, Suite 424<br>Oak Brook, Il 60523 | Final distribution per court order. | 7100-000 | | $18.37 | $3,047.20 |
| 09/09/14 | 100007 | Creditors Discount & Audit Co.<br>415 E. Main St.<br>Po Box 213<br>Streator, Il 61364-0213 | Final distribution per court order. | 7100-000 | | $19.98 | $3,027.22 |
| 09/09/14 | 100008 | Merchant"s Credit Guide Co.<br>223 W. Jackson Blvd., #400<br>Chicago, Il 60606 | Final distribution per court order. | 7100-000 | | $261.90 | $2,765.32 |
| 09/09/14 | 100009 | Miramed Revenue Group<br>991 Oak Creek Drive<br>Lombard, Il 60148 | Final distribution per court order. | 7100-000 | | $474.32 | $2,291.00 |
| 09/09/14 | 100010 | Healthcare Revenue Recovery Group, Llc<br>Po Box 189053<br>Plantation, Fl 33318-9053 | Final distribution per court order. | 7100-000 | | $7.28 | $2,283.72 |
| 09/09/14 | 100011 | Frost-Arnett Company<br>480 James Robertson Parkway<br>Nashville, Tn 37219 | Final distribution per court order. | 7100-000 | | $63.36 | $2,220.36 |
| 09/09/14 | 100012 | Lvnv Funding<br>C/O Blatt Hasenmiller Leibsker & Moore,<br>125 South Wacker Dr., Suite 400<br>Chicago, Il 60606 | Final distribution per court order. | 7100-000 | | $1,968.40 | $251.96 |

Page Subtotals:                                                                                                                                         $0.00          $5,176.28

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27539 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas G Hasek | Bank Name: The Bank of New York Mellon |
| Shirley Wodzin-Hasek | Account Number/CD#: XXXXXX8953 |
| | Checking |
| Taxpayer ID No: XX-XXX9648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 100013 | Medtronic<br>13019 Collection Center Drive<br>Chicago, Il 60693 | Final distribution per court order. | 7100-000 | | $19.16 | $232.80 |
| 09/09/14 | 100014 | Recovery Partners, Llc<br>4151 Marshall Way, Suite 12<br>Scottsdale, Az 85251 | Final distribution per court order. | 7100-000 | | $14.91 | $217.89 |
| 09/09/14 | 100015 | Nationwide Credit And Collection, Inc.<br>Po Box 3159<br>Oak Brook, Il 60522-3159 | Final distribution per court order. | 7100-000 | | $8.37 | $209.52 |
| 09/09/14 | 100016 | Northeastern Asset Recovery, Inc.<br>Po Box 209<br>Thornwood, Ny 10594-0209 | Final distribution per court order. | 7100-000 | | $13.03 | $196.49 |
| 09/09/14 | 100017 | Ltd Associate Pathologists Of Joliet<br>Associate Pathologists Of Joliet, Ltd<br>Po Box 1509<br>Elgin, Il 60121-1509 | Final distribution per court order. | 7100-000 | | $7.28 | $189.21 |
| 09/09/14 | 100018 | Illinois Collection Service, Inc.<br>Po Box 1010<br>Tinley Park, Il 60477-9910 | Final distribution per court order. | 7100-000 | | $14.15 | $175.06 |
| 09/09/14 | 100019 | Illinois Collection Service, Inc.<br>Po Box 1010<br>Tinley Park, Il 60477-9910 | Final distribution per court order. | 7100-000 | | $8.21 | $166.85 |
| 09/09/14 | 100020 | Creditors Collection Bureau<br>Po Box 1022<br>Wixom, Mi 48393-1022 | Final distribution per court order. | 7100-000 | | $8.05 | $158.80 |
| 09/09/14 | 100021 | Corwin Medical Care<br>Po Box 7001<br>Bolingbrook, Il 60440-7001 | Final distribution per court order. | 7100-000 | | $6.71 | $152.09 |
| 09/09/14 | 100022 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $5.94 | $146.15 |
| | | University Of Illinois At Chicago Physicians Group | Final distribution per court order. ($1.95) | 7100-001 | | | |
| | | Heartland Cardiovascular Center, Llc | Final distribution per court order. ($1.02) | 7100-001 | | | |
| | | Quest Diagnostics | Final distribution per court order. ($2.97) | 7100-001 | | | |

Page Subtotals: $0.00 $105.81

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-27539 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas G Hasek | Bank Name: The Bank of New York Mellon |
| Shirley Wodzin-Hasek | Account Number/CD#: XXXXXX8953 |
| | Checking |
| Taxpayer ID No: XX-XXX9648 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/14 | 100023 | Midwest General Surgeons<br>Po Box 7001<br>Bolingbrook, Il 60440-7001 | Final distribution per court order. | 7100-000 | | $146.15 | $0.00 |
| 12/22/14 | 100024 | Clerk, US Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Remit to Court<br>Unclaimed Funds re distribution to Nationwide Credit and Collection, Inc. | 7100-001 | | $8.37 | ($8.37) |
| 12/22/14 | 100025 | Clerk, US Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Remit to Court<br>Unclaimed funds re distribution to Creditors Collection Bureau | 7100-001 | | $8.05 | ($16.42) |
| 12/23/14 | 100015 | Nationwide Credit And Collection, Inc.<br>Po Box 3159<br>Oak Brook, Il 60522-3159 | Final distribution per court order. Reversal | 7100-000 | | ($8.37) | ($8.05) |
| 12/23/14 | 100020 | Creditors Collection Bureau<br>Po Box 1022<br>Wixom, Mi 48393-1022 | Final distribution per court order. Reversal | 7100-000 | | ($8.05) | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $7,000.00 | $7,000.00 |
| Less: Bank Transfers/CD's | $1,000.00 | $0.00 |
| Subtotal | $6,000.00 | $7,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,000.00 | $7,000.00 |

Page Subtotals: $0.00 $146.15

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8953 - Checking | $6,000.00 | $7,000.00 | $0.00 |
| XXXXXX9637 - Checking Account | $1,000.00 | $0.00 | $0.00 |
| | $7,000.00 | $7,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,000.00 |
| Total Gross Receipts: | $7,000.00 |

Page Subtotals:   $0.00   $0.00